No. 637. COMPANIA GENERAL DE TABACOS DE FILIPINAS *v.* COLLECTOR OF INTERNAL REVENUE. March 4, 1940. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Messrs. C. A. Dewitt* and *E. A. Perkins* for petitioner. *Messrs. Nathan R. Margold* and *John B. Jago* for respondent.

No. 648. WINKELMAN *v.* ALLMAN. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Walter C. Fox, Jr.* for petitioners. *Mr. Roy G. Allman* for respondent.

No. 668. PUGET SOUND NAVIGATION Co. *v.* UNITED STATES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lawrence Bogle, Edward G. Dobrin,* and *Cassius E. Gates* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 680. SHYVERS *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Jorgenson* for petitioner. *Mr. Edmund W. Pugh* for respondent.

No. 684. CLARK *v.* UNITED STATES. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Joseph W. Burns*